IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Caitlin Persis Deighan, Zoe Elen Anderson, Logan Thomas Hollarsmith, Rebecca Katie Grossman-Richeimer,<br><br>　　　　Defendants. | NO.   M 17-00340-N/A(BPV)<br><br>**ORDER** |

**IT IS ORDERED** that Defendants' Motion to Reconsider Motion to Dismiss is denied.

**IT IS FURTHER ORDERED** that the Motion to Withdraw as Counsel for Amici Curiae is granted and Spencer G. Scharff of Scharff PLC is withdrawn as co-Counsel for Amici Professors.

DATED this 11th day of January, 2019.

_____
Bernardo P. Velasco
United States Magistrate Judge