PICCARRETA DAVIS KEENAN FIDEL PC
2 East Congress Street, Suite 1000
Tucson, AZ  85701-1782
(520) 622-6900
Louis S. Fidel
State Bar No. 025479
Email: lfidel@pd-law.com

CHRISTOPHER B. DUPONT
SBN# 014158
TRAUTMAN DUPONT, PLC
P.O. Box 431
Phoenix, Arizona 85001
Tel: 602.770.8942
dupontlaw333@gmail.net

Anne Chapman (#025965)
anne@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
One Renaissance Square
2 North Central Avenue, Suite 1450
Phoenix, AZ 85004
Telephone:  (602) 388-1232
Facsimile:  (602) 358-0291

Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | NO. 17-00340MJ |
| ) | |
| Plaintiff, ) | NOTICE OF WITHDRAWAL |
| vs. ) | OF OBJECTION TO |
| ) | CONTINUANCE OF TRIAL |
| 1.   Caitlin Persis Deighan, ) | |
| (Counts 1 and 2) ) | |
| 2.   Zoe E. Anderson, ) | |
| (Count 2) ) | |
| 3.   Logan Thomas Hollarsmith, ) | |
| (Count 2) ) | |
| 4.   Rebecca Katie Grossman- ) | |
| Richeimer, ) | |
| (Count 2) ) | |
| ) | |
| Defendants. ) | |

The defendants, Caitlin Deighan, Logan Hollarsmith, and Rebecca Grossman-Richeimer, by and through their undersigned attorneys, hereby respectfully withdraw their opposition to the government's motion to continue the current trial date of March 5, 2019. The reason for this withdrawal of the previous objection to the government's requested continuance is that the parties are engaged in substantive discussions regarding a non-trial resolution. The defendant's note, however, that in the event these discussions are unsuccessful and it should be necessary to schedule a new trial date, the defendants would maintain their objection to a new trial date of April 22, 2019, as set forth in the defendants' response in opposition to motion for new trial/plea deadline [Doc. 155]. The defendants will exchange disclosure with the government in accordance with their obligations under the Rules of Criminal Procedure and the disclosure agreement at such time as is required by any newly scheduled trial date.

In light of the parties' ongoing negotiations, it is requested that the upcoming hearing currently scheduled on February 21, 2019, at 10:30 am, in order to address the defendants' second motion to compel [Doc. 160], be modified to reflect that it is anticipated to be a change of plea.

Undersigned counsel has discussed the matters addressed in this pleading with Deirdre Mokos, counsel for defendant Zoe Anderson, and has been advised

that Ms. Anderson joins in these requests.

RESPECTFULLY SUBMITTED this 19th day of February, 2019.

PICCARRETA DAVIS KEENAN FIDEL PC

By: /s/ *Louis S. Fidel*
Louis S. Fidel
Attorney for Defendants

CERTIFICATE OF SERVICE

I certify that on February 19, 2019, I electronically transmitted a PDF version of this document to the Clerk of Court using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Nathaniel J. Walters, Esq. (email: Nathaniel.walters@usdoj.gov)
Anna R. Wright, Esq. (email: anna.wright@usdoj.gov)
Deirdre Mokos, Esq., Deirdre_Mokos@fd.org
Vicki Brambl, Esq., Vicki_Brambl@fd.org