IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br> vs.<br><br>Caitlin Persis Deighan,<br>Zoe Ellen Anderson,<br>Logan Thomas Hollarsmith,<br>Rebecca Katie Grossman-Richeimer,<br><br>  Defendants.<br>_____ | NO.   M 17-00340-N/A(BPV)<br><br>**ORDER** |

On motion of the Government,

**IT IS ORDERED** that the Information in the above-entitled matter is dismissed with prejudice and that the Defendants are released from any conditions of release in this matter.

DATED this 4th day of March, 2019.

_____
Bernardo P. Velasco
United States Magistrate Judge